UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **TERRI BONNY, JEROME BRAMLETT, JESSICA DINGLE, TONGE A. ENGLISH, LATONYA Z. GREEN, KAREN KEATON, SHARON LAKE, ROBIN LEE, ONIKA LOPEZ, STEPHANIE D. MARSHALL, KRYSTINE MAYNARD, SAMANTHA MAYNARD, VERA J. MCADOO, TARYN MCFARTHING,  ANTHONY K. MENSAH, EVELYN MOORE, HAYDEE NUÑEZ-GELLINEAU, DANESE SIMPKINS, JENNIFER SOLARSH, NADIA TORRES, SHALECE VESHUR, and NICHOLE C. WHITEMAN,** | **Civil Action No. 1:16-cv-03150-WSD** |
| **On behalf of themselves and all others similarly situated** | |
| **Plaintiffs,** | |
| **vs.** | |
| **BENCHMARK BRANDS, INC.,** | |
| **Defendant.** | |

## PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT BENCHMARK BRANDS, INC.

COME NOW Plaintiffs, by and through their undersigned counsel, and, pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, hereby move for entry of a default judgment against Defendant Benchmark Brands, Inc.

1

("Benchmark") on the grounds that (a) it failed to answer Plaintiffs' Complaint within the time required by law; and (b) Plaintiffs' damages can be calculated with precision based on the evidence submitted in support of this Motion.

In support of this Motion, Plaintiffs rely upon the entire record, the Memorandum of Law submitted in support of this Motion, and the Declarations of Plaintiffs Mary Danese Simpkins and Shalece Upshur attached thereto.  As further discussed in Plaintiffs' Memorandum, Ms. Simpkins and Ms. Upshur, by virtue of their former positions with Benchmark, possess personal knowledge of Benchmark's payroll practices and records, such that they can precisely quantify the types and amounts of damages owed to the Plaintiffs and others similarly-situated.

Wherefore, Plaintiffs respectfully request that, pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, the Court enter default judgment against Benchmark.  A proposed Order is attached for the Court's convenience.

Respectfully, this 16th day of June, 2017.

**FRIED & BONDER, LLC**

/s/ Joseph A. White
David S. Fried
Georgia Bar No 277319
Joseph A. White
Georgia Bar No. 754315
Attorneys for Plaintiff

White Provision, Suite 305
1170 Howell Mill Road, NW
Atlanta, Georgia 30318
Phone: (404) 995-8808
Fax: (404) 995-8899

**BRE LAW, LLC**

/s/ Barbara R. Evans
Barbara R. Evans
 Georgia Bar No. 523083

P.O. Box 767492
Roswell, GA 30076
Phone: 678-369-3928
Facsimile: 888-270-0998

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **TERRI BONNY, JEROME BRAMLETT, JESSICA DINGLE, TONGE A. ENGLISH, LATONYA Z. GREEN, KAREN KEATON, SHARON LAKE, ROBIN LEE, ONIKA LOPEZ, STEPHANIE D. MARSHALL, KRYSTINE MAYNARD, SAMANTHA MAYNARD, VERA J. MCADOO, TARYN MCFARTHING,  ANTHONY K. MENSAH, EVELYN MOORE, HAYDEE NUÑEZ-GELLINEAU, DANESE SIMPKINS, JENNIFER SOLARSH, NADIA TORRES, SHALECE VESHUR, and NICHOLE C. WHITEMAN,**<br><br>**On behalf of themselves and all others similarly situated**<br><br>      **Plaintiffs,**<br><br>**vs.**<br><br>**BENCHMARK BRANDS, INC.,**<br><br>      **Defendant.** | **Civil Action No.**<br>**1:16-cv-03150-WSD** |

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that I have, on June 16th, 2017, served a true and accurate copy of the foregoing ***PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT BENCHMARK BRANDS, INC.*** upon the following by

depositing a copy in the United States Mail with proper postage thereon and addressed as follows:

<table>
<tr><td>Benchmark Brands, Inc.<br>Alan Beychok, Registered Agent<br>560 Mountain Way<br>Atlanta, GA 30342</td><td>Benchmark Brands, Inc.<br>Alan Beychok, Registered Agent<br>1375 Peachtree Sreet NE, 6th Floor<br>Atlanta, GA 30309</td></tr>
</table>

FRIED & BONDER, LLC

/s/ Joseph A. White
David S. Fried
Georgia Bar No 277319
Joseph A. White
Georgia Bar No. 754315
Attorneys for Plaintiffs

White Provision, Suite 305
1170 Howell Mill Road, NW
Atlanta, Georgia 30318
Phone: (404) 995-8808
Fax: (404) 995-8899

BRE LAW, LLC

/s/ Barbara R. Evans
Barbara R. Evans
Georgia Bar No. 523083

P.O. Box 767492
Roswell, GA 30076
Phone: 678-369-3928
Facsimile: 888-270-0998

5